UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
U.S. Bankruptcy Court
Western District of NC

DEC - 5 2014

Steven T. Salata, Clerk
Charlotte Division
CCH

In Re:                          )
                                )
MAVERICK INT'L, INC.            )     Chapter 11
                                )     Case No. 14-50805
         Debtor                 )

---

### AMENDED
### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS INVOLVED IN DEBTOR'S MOTION FOR ORDER FOR CLERK OF SUPERIOR COURT OF IREDELL COUNTY TO TURNOVER FUNDS TO DEBTOR

Patrick Yakovich, the Plaintiff in Case No. 14 CvS 1924, Iredell County Superior Court, hereby serves this Subpoena under the provisions of Rule 45, Fed. R. Civ. Proc., and Bankruptcy Rules 2004 and 9066, for the Debtor to produce at the hearing of its Motion on December 5, 2014, for the turnover of funds to the Debtor, the following things:

1. All documents pertaining to the sale by the Debtor of any inventory owned by the Debtor that was sold to generate cash of $14,000 to be used for the posting by Phillip Winfield of a bond in Case No. 14 CvS 1924 (the "Yakovich case") pending in the Superior Court of Iredell County.

2. Any document that establishes that the $14,000 referred to above was the property of a Phillip Winfield and not the property of the Debtor.

3. A copy of any check, wire transfer records or other documents which show (1) the receipt by the Debtor of the $14,000 referred to above, or (2) the payment to the Clerk of Superior

Court for Iredell County, or to the Sheriff of Iredell County, of the sum of $14,000 referred to above.

4. Any document which shows that the source of the $14,000 bond referred to above was derived from the sale of an asset owned by Debtor.

5. A copy of the personal check referred to in paragraph 3 of the Debtor's Motion for turnover of the $14,000 dated November 14, 2014.

You are commanded to produce at the time, date and place set forth below the documents and things referred to above:

        PLACE:    United States Bankruptcy Courtroom
                        200 West Broad Street
                        Statesville, NC  28677

        DATE:     December 5, 2014

        TIME:     10:30 o'clock a.m.

This 25th day of November, 2014.

                EISELE ASHBURN GREENE & CHAPMAN, PA

By: _____
     Douglas G. Eisele
     N.C. State Bar #4930
     Attorneys for Patrick Yakovich
     320 W. Broad Street
     Statesville, NC  28677
     Telephone:   704/878-6400
     FAX No.:     704/924-9727
     e-mail:       gblee@bellsouth.net

## CERTIFICATE OF SERVICE

The foregoing Amended Subpoena to Produce Documents, Information or Objects Involved in Debtor's Motion for Order for Clerk of Superior Court of Iredell County to Turnover Funds to Debtor was served upon the Debtor, the Court and the Bankruptcy Administrator by mailing copies thereof as follows:

    Mr. James H. Henderson, Esq.
    Attorney for Debtor
    1201 Harding Place
    Charlotte, NC    28204

    U.S. Bankruptcy Court
    Western District of North Carolina
    Charlotte Division
    P.O. Box 34189
    Charlotte, NC    28204

    Bankruptcy Administrator
    402 W. Trade Street
    Charlotte, NC    28202

This 25th day of November, 2014.

    EISELE ASHBURN GREENE & CHAPMAN, PA

By: _____
    Douglas G. Eisele
    N.C. State Bar #4930
    Attorneys for Patrick Yakovich
    320 W. Broad Street
    Statesville, NC    28677
    Telephone:        704/878-6400
    FAX No.:          704/924-9727
    e-mail:           qblee@bellsouth.net

## EISELE, ASHBURN, GREENE & CHAPMAN, P.A.

ATTORNEYS AT LAW

320 W. BROAD STREET

STATESVILLE, NORTH CAROLINA 28677

DOUGLAS G. EISELE
JAMES P. ASHBURN
JOHN D. GREENE
RUSSELL W. CHAPMAN, JR.
W. SLOAN GOFORTH

November 25, 2014

TELEPHONE 704/878-6400

FAX 704/924-9727

U.S. Bankruptcy Court
Western District of North Carolina
Charlotte Division
P.O. Box 34189
Charlotte, NC   28204

Bankruptcy Administrator
402 W. Trade Street
Charlotte, NC   28202

    In Re:   MAVERICK INT'L, Inc.
             Chapter 11
             Bankruptcy Case No. 14-50805

Gentlemen:

    Pursuant to Rule 45, N.C. Rules Civ. Proc., I have caused an amended Subpoena to be served upon Mr. James H. Henderson, Esq., as attorney for Maverick Int'l, Inc., to produce the requested documents in the above matter at the hearing scheduled in the Bankruptcy Court on Monday, December 5, 2014. I have enclosed a copy of that Subpoena for your records.

                            Sincerely,

                            Douglas G. Eisele

DGE:lbj

Enclosure